UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


MARILYN POWELL #14972074,

    Plaintiff,

v.                                       3:07-cv-352

JOHN E. ELDRIDGE,

    Defendant.


## **JUDGMENT ORDER**

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                             s/ Thomas W. Phillips
                                                               United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT